# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-09-00446-CR

**Brian Dean Allen, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM COUNTY COURT AT LAW NO. 2 OF WILLIAMSON COUNTY
### NO. 08-00273-2, HONORABLE TIMOTHY L. WRIGHT, JUDGE PRESIDING

### M E M O R A N D U M   O P I N I O N

Brian Dean Allen has filed a Motion to Dismiss Appeal. We grant the motion and dismiss this appeal.

_____

G. Alan Waldrop, Justice

Before Chief Justice Jones, Justices Waldrop and Henson

Dismissed on Appellant's Motion

Filed: November 13, 2009

Do Not Publish